```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 13714
    FREDERICK FUNCHES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-7908

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ROSICKI ROSICKI & ASSOC   CURRENT MORTG         .00           .00           .00
ROSICKI ROSICKI & ASSOC   MORTGAGE ARRE         .00           .00           .00
NORTHLAND GROUP           SECURED VEHIC   50000.00           .00           .00
NORTHLAND GROUP           SECURED VEHIC   16000.00           .00           .00
HARLEM FURNITURE          SECURED           500.00          5.25        133.18
INTERNAL REVENUE SERVICE  PRIORITY         1781.00           .00           .00
APPLIED CARD BANK         UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON       UNSECURED         572.31           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         839.89           .00           .00
ROUNDUP FUNDING LLC       UNSECURED        1111.48           .00           .00
JB ROBINSONS              UNSECURED         338.52           .00           .00
MEDICAL COLLECTION        UNSECURED       NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         112.11           .00           .00
PARK DANSAN               UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1235.37           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       14077.00           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          65.40           .00           .00
SPRINT-NEXTEL CORP        UNSECURED        1570.22           .00           .00
VANRU CREDIT              UNSECURED       NOT FILED          .00           .00
TRIAD FINANCIAL CORP      UNSECURED        6620.95           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            .00           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,914.00                    2,914.00
TOM VAUGHN                TRUSTEE                                        251.41
DEBTOR REFUND             REFUND                                       1,487.95

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  4,791.79


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13714 FREDERICK FUNCHES
```

```
PRIORITY                                                              .00
SECURED                                                            133.18
    INTEREST                                                         5.25
UNSECURED                                                             .00
ADMINISTRATIVE                                                    2,914.00
TRUSTEE COMPENSATION                                                251.41
DEBTOR REFUND                                                     1,487.95
                                      ---------------    ---------------
TOTALS                                       4,791.79           4,791.79
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/21/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 07 B 13714 FREDERICK FUNCHES